**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

BARBARA YANUCCI, ON BEHALF OF HER SON, J.Y., A MINOR

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO)

3:18-cv-06776 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

<u>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**</u>

Plaintiff Barbara Yannucci, on behalf of her son, J.Y., a minor, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action.  Given that the other Defendants in the case were previously dismissed, this dismissal constitutes the final and full dismissal of this action:

<u>**THE ALTRIA  DEFENDANTS**</u>

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: June 25, 2024

Respectfully Submitted,

<u>/s/E. Michelle Drake</u>
E. Michelle Drake
Berger Montague PC
1229 Tyler Stret NE
Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
Email: emdrake@bm.net

`

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/E. Michelle Drake*
E. Michelle Drake